**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Dale Curtis Hogue Sr.** | Social Security number or ITIN   **xxx–xx–3922** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Carolyn Jones Hogue** | Social Security number or ITIN   **xxx–xx–6678** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **Western District of North Carolina**

Case number:   **13–31623**

# FINAL DECREE

The estate of the above named debtor has been fully administered.

IT IS ORDERED THAT:

- ♦ John W. Taylor is discharged as trustee of the estate of the above named debtor and the bond is cancelled.
- ♦ The chapter 7 case of the above named debtor is closed.
- ♦ Trustee's Final Report is Approved.

Dated: August 8, 2016
BY THE COURT


J. Craig Whitley

United States Bankruptcy Judge


Electronically filed and signed (8/8/16)